UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**JACQUELYN H. HUBBARD,**

        **Plaintiff,**

v.                                                                                   **Case No:  5:16-cv-337-Oc-41PRL**

**COVENTRY HEALTH CARE OF**
**FLORIDA, INC. and JUANITA**
**RANSOM,**

        **Defendants.**
_____/

**JACQUELYN H. HUBBARD,**

        **Plaintiff,**

v.                                                                         **Case No:  5:16-cv-436-Oc-41PRL**

**JUANITA RANSOM,**

       **Defendant.**
_____/

**ORDER**

THIS CAUSE is before the Court on Defendants' Motions to Dismiss (Doc. 15 in 5:16-cv-337-Oc-41PRL and Doc. 7 in 5:16-cv-436-Oc-41PRL)[1] and Plaintiff's Motion for Leave to File an Amended Complaint (Doc. 19). The United States Magistrate Judge Philip R. Lammens filed a Report and Recommendation (Doc. 24), recommending that Defendants' Motions to Dismiss be granted and that Plaintiff's Motion to Amend be denied.

---

[1] As indicated in Magistrate Judge Lammens' Report and Recommendation (Doc. 24), the cases filed under case numbers 5:16-cv-337-Oc-41PRL and 5:16-cv-436-Oc-41PRL have been consolidated, with 5:16-cv-337-Oc-41PRL being designated as the lead case, which all filings for either case are now docketed in.

After an independent *de novo* review of the record and noting that no objections were timely filed, this Court agrees entirely with the analysis set forth in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 24) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion to Amend (Doc. 19) is **DENIED**.

3. Defendants' Motions to Dismiss (Doc. 15 in 5:16-cv-337-Oc-41PRL and Doc. 7 in 5:16-cv-436-Oc-41PRL) are **GRANTED**. Case numbers 5:16-cv-337-Oc-41PRL and 5:16-cv-436-Oc-41PRL are **DISMISSED without prejudice**.

4. Defendants' Unopposed Motion to Suspend and Continue Mediation Conference (Doc. 25) is **DENIED as moot**.

**DONE** and **ORDERED** in Orlando, Florida on October 5, 2016.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party